Arthur J. GOLDBERG, Secretary of Labor, United States Department of Labor,

v.

DISTRICT LODGE NUMBER 70, INTERNATIONAL ASSOCIATION OF MACHINISTS.

No. 6782.

United States Court of Appeals
Tenth Circuit.

Aug. 2, 1961.

Robert M. Green, Asst. U. S. Atty., Wichita, Kan., and Alan S. Rosenthal, Attorney, and Marvin S. Shapiro, Attorney, Department of Justice, Washington, D. C., for appellant.

Frank, Cunningham & Kelly, Wichita, Kan., and Louis P. Poulton and Plato E. Papps, Washington, D. C., for appellee.

Before MURRAH, Chief Judge, and PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee on ground that the order appealed from was not an appealable order.

Orville Wayne JUDD

v.

Colonel Weldon W. COX, Commandant, United States Disciplinary Barracks, Fort Leavenworth, Kansas.

No. 6727.

United States Court of Appeals
Tenth Circuit.

Aug. 1, 1961.

C. Robert Bard, Washington, D. C., and Homer Davis, Leavenworth, Kan., for appellant.

Major Frank O. House, Office of Judge Advocate General, Washington, D. C., and Newell A. George, U. S. Atty., Kansas City, Kan., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on authority of U. S. v. Judd, 11 U.S.C.M.A. 164, 28 C.M.R. 388.